IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANALDO TERREL SCOTT, : | |
| AIS 208278, : | |
|     Petitioner, : | |
| : | |
| vs. : | CA 12-0214-KD-C |
| : | |
| WILLIE THOMAS, : | |
|     Respondent. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 23, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **transferred** to the United States District Court for the Middle District of Alabama for all further proceedings including the petitioner's motion for leave to proceed *in forma pauperis*.

DONE this 22nd day of May, 2012.

                                                s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE